```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00987
  PATRICIA ADELAIDE HYMAN
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
        Debtor
  SSN XXX-XX-4073


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

    1.  The case was filed on 01/19/07 and confirmed on 03/29/07.

    2.  The case was dismissed after confirmation, 06/19/2008.

    3.  The Debtor paid a total of $  16400.00 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
NATIONSTAR MORTGAGE LLC    CURRENT MORTG    10334.71          .00         10334.71
NATIONSTAR MORTGAGE LLC    MORTGAGE ARRE     3500.00          .00              .00
HSBC MORTGAGE SERVICES     SECURED           1744.08          .00          1744.08
HSBC MORTGAGE SERVICES     MORTGAGE ARRE      373.35          .00              .00
CITIFINANCIAL              SECURED             500.00         .00            45.00
KANE COUNTY TREASURER      SECURED                .00         .00              .00
NUVELL CREDIT COMPANY LL   SECURED VEHIC    18800.00          .00          1440.00
ECAST SETTLEMENT CORPORA   UNSECURED         1716.22          .00              .00
CAPITAL ONE BANK           UNSECURED          544.80          .00              .00
CAPITAL ONE BANK           UNSECURED          755.48          .00              .00
COLUMBIA HOUSE             UNSECURED        NOT FILED         .00              .00
MONROE & MAIN              UNSECURED          895.59          .00              .00
RUSH COPLEY MEDICAL CENT   UNSECURED        NOT FILED         .00              .00
SEVENTH AVENUE             UNSECURED          171.23          .00              .00
VALLEY IMAGING CONSULTAN   UNSECURED        NOT FILED         .00              .00
NUVELL CREDIT COMPANY LL   UNSECURED         1275.89          .00              .00
            Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED   35252.14      .00      5359.21         .00       40611.35
PRINCIPAL PAID       13563.79      .00          .00         .00       13563.79
INTEREST PAID             .00      .00          .00         .00             .00
TOTAL PAID           13563.79      .00          .00         .00       13563.79
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   3000.00
and was paid $    800.00  direct and $   2152.69  through the plan.

The Trustee received $      683.52 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 09/10/08                             /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE